# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

HUEY KENNEDY

NO. 2023 KW 0116

**APRIL 12, 2023**

---

In Re:   Huey Kennedy, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 194182.

---

**BEFORE:   McCLENDON, HOLDRIDGE, AND GREENE, JJ.**

**WRIT DENIED.**  Relator failed to meet his burden of showing that he is entitled to an out-of-time appeal via an application for postconviction relief.  See La. Code Crim. P. art. 930.8(A).

PMc
GH
HG

COURT OF APPEAL, FIRST CIRCUIT

*asℓ*

DEPUTY CLERK OF COURT
FOR THE COURT